# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Walter F. Lynn<br>Virginia D. Lynn<br><br>                       Debtor(s)<br>BAYVIEW LOAN SERVICING, LLC<br>                       Movant<br>vs.<br>Walter F. Lynn<br>Virginia D. Lynn<br><br>and<br>WILLIAM C. MILLER<br>                       Respondents | Chapter 13 Proceeding<br><br>15-11782-jkf<br><br>Hearing: 09/17/2015 at 9:30 am |

## OBJECTION TO CONFIRMATION OF THE PLAN

BAYVIEW LOAN SERVICING, LLC  (Movant), a secured creditor in this case objects to the plan and to the confirmation of the debtor's Chapter 13 plan and as grounds therefor would show the court the following:

1. The plan does not provide for the secured creditor, BAYVIEW LOAN SERVICING, LLC to receive the full value of its claim in violation of 11 USC §1325(a)(5)(B)(ii).

2. As of the date of the filing of the bankruptcy on March 17, 2015, Movant is the holder of a secured claim in the amount of $678,808.56 secured by the Debtors' property located at 346 N. Warren Avenue, Malvern, PA 19355.

3. On or about July 21, 2015, Movant filed a Proof of Claim listing the arrears to be paid through the plan at **$292,163.47**.  See **Exhibit "A"** attached hereto and made a part hereof.

4. Debtor's Plan is silent on the amount of pre-petiiton arrears due to provide for Movant's arrearage claim.  See **Exhibit "B"** attached hereto and made a part hereof.

5. If the plan is confirmed, the Movant may suffer irreparable injury, loss and damage.

Dated: July 23, 2015                                      Respectfully submitted,

                                                                         **/s/ Jill Manuel-Coughlin, Esquire**
                                                                         Jill Manuel-Coughlin, Esquire
                                                                         Attorney I.D. No. 63252
                                                                         8 Neshaminy Interplex, Suite 215
                                                                         Trevose, PA 19053
                                                                         215-942-2090 phone
                                                                         215-942-8661 fax
                                                                         jill@pkjllc.com
                                                                         Attorney for Movant